1   WENDY M. KRINCEK, ESQ., Bar #6417
    KAITLYN M. BURKE, ESQ., Bar #13454
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway, Suite 300
3   Las Vegas, NV  89169-5937
    Telephone:    702.862.8800
4   Fax No.:      702.862.8811
    e-mail:  wkrincek@littler.com
5   e-mail:  kmburke@littler.com

6   Attorneys for Defendants
    UNITED HEALTH SERVICES, INC., UHS OF DELAWARE,
7   INC., and VALLEY HEALTH SYSTEM, LLC

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  ANNALISA CONNELLY,                    CASE NO. 2:16-CV-02235-JAD-VCF

13            Plaintiff,                   **STIPULATION AND ORDER TO EXTEND**
                                           **TIME TO FILE A RESPONSIVE**
14  vs.                                    **PLEADING**

15  UNITED HEALTH SERVICES, INC., a
    Delaware Corporation; UHS OF
16  DELAWARE, INC., a Delaware
    Corporation; VALLEY HEALTH
17  SYSTEM LLC; a Delaware Limited
    Liability Company,
18

19            Defendants.

20

21         Plaintiff ANNALISA CONNELLY ("Plaintiff") and Defendants UNITED HEALTH

22  SERVICES, INC., UHS OF DELAWARE, INC., and VALLEY HEALTH SYSTEM, LLC

23  ("Defendants"), by and through their respective counsel of record, hereby request that the Court

24  extend the deadline for Defendants to file their first responsive pleading, which is currently set for

25  October 18, 2016.  The Complaint (**ECF No. 1**) is based on claims under the Americans with

26  Disabilities Act and is subject to the Early Neutral Evaluation ("ENE") process set forth in Local

27  Rule 16-6.  The parties desire to engage in the ENE process before incurring the fees and costs

28  associated with filing a responsive pleading and any associated opposition and reply briefs.  The

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

parties agree that conserving all possible resources for settlement at the ENE conference would further the goals of judicial economy, control of the Court's docket, and an inexpensive determination of the case. Specifically, the extension requested is for a limited and reasonable amount of time. Further, ordering Defendant to proceed with filing a responsive pleading would result in an unnecessary expenditure of resources that may impede the resolution of this matter through settlement. As a result, the parties stipulate to extend the deadline for Defendant to file its responsive pleading to 14 days after the parties participate in the ENE conference. This request is made in good faith and not to cause unnecessary delay.

Dated: October 13, 2016

Respectfully submitted,


/s/ Michael P. Balaban
**LAW OFFICES OF MICHAEL P. BALABAN**
MICHAEL P. BALABAN, ESQ.

Attorneys for Plaintiff
ANNALISA CONNELLY

Dated: October 13, 2016

Respectfully submitted,


/s/ Wendy M. Krincek
**LITTLER MENDELSON, P.C.**
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.

Attorneys for Defendants
UNITED HEALTH SERVICES, INC., UHS OF DELAWARE, INC., and VALLEY HEALTH SYSTEM, LLC


**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____October 17, 2016_____

Firmwide:143339180.1 069080.1097

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.