1   WENDY MEDURA KRINCEK, ESQ., Bar # 6417
    KAITLYN M. BURKE, ESQ., Bar # 13454
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV  89169-5937
4   Telephone:     702.862.8800
    Fax No.:        702.862.8811
5   Email: wkrincek@littler.com
    Email: kmburke@littler.com
6
    Attorneys for Defendants
7   UNITED HEALTH SERVICES, INC., UHS OF DELAWARE,
    INC., and VALLEY HEALTH SYSTEM, LLC
8

9                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11

12   ANNALISA CONNELLY,                 Case No. 2:16-cv-02235-JAD-VCF

13              Plaintiff,

14   vs.                                **STIPULATION AND ORDER FOR
                                        DISMISSAL**
15   UNITED HEALTH SERVICES, INC., a
     Delaware Corporation; UHS OF
16   DELAWARE, INC., a Delaware
     Corporation; VALLEY HEALTH               [ECF No. 14]
17   SYSTEM LLC; a Delaware Limited
     Liability Company,
18
                Defendants.
19

20        Defendants  UNITED  HEALTH  SERVICES,  INC.  UHS  OF  DELAWARE,  INC.,  and

21   VALLEY HEALTH SYSTEM, LLC (hereinafter jointly referred to as "Defendants"), and Plaintiff

22   ANNALISA CONNELLY ("Plaintiff"), hereby stipulate and respectfully request an order dismissing

23   the entire action with prejudice.

24        / / /

25        / / /

26        / / /

27        / / /

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    Each party shall bear its own costs and attorney's fees.

2

3    Dated:  December 14, 2016            Dated:  December 14, 2016

4    Respectfully submitted,             Respectfully submitted,

5

6    **/s/ Michael P. Balaban, Esq.**         /s/ Kaitlyn M. Burke, Esq.

7    MICHAEL P. BALABAN, ESQ.            WENDY MEDURA KRINCEK, ESQ.
     LAW OFFICES OF MICHAEL P.           KAITLYN M. BURKE, ESQ.
8    BALABAN                             LITTLER MENDELSON, P.C.

9                                        Attorneys for Defendants
     Attorney for Plaintiff             UNITED HEALTH SERVICES, INC., UHS
10   ANNALISA CONNELLY                   OF DELAWARE, INC., and VALLEY
                                         HEALTH SYSTEM, LLC
11

12

13        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is **DISMISSED**

14   with prejudice, each party to bear its own costs and attorney's fees.   The Clerk of Court is

15   instructed to **CLOSE** this case.

16

17    Dated: December 19, 2016

18                                       _____
                                         Jennifer A. Dorsey
19                                       United States District Judge

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.